**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
carey_gorden@fd.org

Attorneys for Defendant Mr. Vazquez-Lopez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>            Plaintiff,                      )<br>                                                     )<br>v.                                                  )<br>                                                     )<br>VALENTIN ALBERTO VAZQUEZ-LOPEZ,)<br>                                                     )<br>            Defendant.                  )<br>_____) | Case No. 08mj8320<br><br><br>**NOTICE OF APPEARANCE** |

       Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                                       Respectfully submitted,

Dated: April 21, 2008                         *s/ Carey D. Gorden*
                                                            Federal Defenders of San Diego, Inc.
                                                            Attorneys for Defendant
                                                            carey_gorden@fd.org