UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> vs. <br><br> Valentin Alberto Vazquez-Lopez <br> Defendant(s) | CRIMINAL NO. 08CR1330-H <br> ORDER 08mj8390 <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Mario Fuentes-Arreguin

DATED: 4/24/08

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by F. Flores
Deputy Clerk

CLERK'S COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082