FILED
APR 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VALENTIN ALBERTO VAZQUEZ-LOPEZ,<br><br>    Defendant. | Criminal Case No. 08CR1330-H<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about April 13, 2008, within the Southern District of California, defendant VALENTIN ALBERTO VAZQUEZ-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Mario Fuentes-Arreguin, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 24, 2008 .

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
4/24/08