FILED
MAY - 8 2008

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,      )   Criminal No. **08CR1330-H**
                                    )
11                  Plaintiff,      )   **CONSENT TO RULE 11 PLEA IN A**
                                    )   **FELONY CASE BEFORE UNITED**
12   v.                             )   **STATES MAGISTRATE JUDGE**
                                    )
13   **VALENTIN ALBERTO VASQUEZ-LOPEZ,** )
                                    )
14                  Defendant.      )
                                    )
15   _____)

16        I have been advised by my attorney and by the United States
17   Magistrate Judge of my right to enter my plea in this case before
18   a United States District Judge.  I hereby declare my intention to
19   enter a plea of guilty in the above case, and I request and
20   consent to have my plea taken by a United States Magistrate Judge
21   pursuant to Rule 11 of the Federal Rules of Criminal Procedure.
22        I understand that if my plea of guilty is taken by the
23   United States Magistrate Judge, and the Magistrate Judge
24   recommends that the plea be accepted, the assigned United States
25   District Judge will then decide whether to accept or reject any
26   plea agreement I may have with the United States and will
27   adjudicate guilt and impose sentence.
28        I further understand that any objections to the Magistrate

Judge's findings and recommendation must be filed within 14 days of the entry of my guilty plea.

Dated: 05/07/2008

*Valentin Vazquez-Lopez*
VALENTIN ALBERTO VASQUEZ-LOPEZ
Defendant

Dated: 05/07/2008

Attorney for Defendant

The United States Attorney consents to have the plea in this case taken by a United States Magistrate Judge pursuant to Criminal Local Rule 11.2.

Dated: 05/07/2008

Assistant United States Attorney