1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   ellis_johnston@fd.org
5

6  Attorneys for Defendant Mr. Vazquez-Lopez

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE MARILYN L. HUFF)**

11 UNITED STATES OF AMERICA,      )   Case No. 08CR1330-MLH
                                  )
12         Plaintiff,              )
                                  )
13 v.                              )
                                  )   **NOTICE OF APPEARANCE**
14 **VALENTIN ALBERTO VAZQUEZ-LOPEZ,** )
                                  )
15         Defendant.              )
                                  )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney and

19 replacing Carey D. Gorden in the above-captioned case

20                                      Respectfully submitted,

21 Dated: June 19, 2008              *s/ Ellis M. Johnston, III*
                                     Federal Defenders of San Diego, Inc.
22                                   Attorneys for Defendant
                                     ellis_johnston@fd.org
23

24

25

26

27

28