**ELLIS M. JOHNSTON III**
California Bar No. 223664
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
ellis_johnston@fd.org

Attorneys for Mr. Vazquez-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>            Plaintiff,                         )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>**VALENTIN VAZQUEZ-LOPEZ**, )<br>                                                          )<br>            Defendant.                     )<br>                                                          ) | Case No. 08CR1330-MLH<br><br>**PROOF OF SERVICE** |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   **United States Attorney**
   efile.dkt.gc1@usdoj.gov

Dated: June 19, 2008                              *s/ Ellis M. Johnston, III*
                                                                 **ELLIS M. JOHNSTON III**
                                                                 Federal Defenders of San Diego, Inc.
                                                                 Attorneys for Defendant
                                                                 ellis_johnston@fd.org