**JAMES M. CHAVEZ**
California State Bar No. 255766
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
james_chavez@fd.org

Attorneys for Mr. Vazquez-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1330-MLH |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **VALENTIN VAZQUEZ-LOPEZ**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
efile.dkt.gc1@usdoj.gov

Dated: June 19, 2008

*s/ James M. Chavez*
**JAMES M. CHAVEZ**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
james_chavez@fd.org