1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5
6 Attorneys for Defendant Mr. Vazquez-Lopez

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE MARILYN L. HUFF)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08CR1330-MLH |
| )  | |
| 12    Plaintiff, ) | |
| ) | |
| 13 v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| 14 **VALENTIN ALBERTO VAZQUEZ-LOPEZ,** ) | |
| ) | |
| 15    Defendant. ) | |
| ) | |

16

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 James M. Chavez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney and

19 replacing Ellis M. Johnston in the above-captioned case

20                                          Respectfully submitted,

21 Dated: June 19, 2008                     *s/ James M. Chavez*
                                            Federal Defenders of San Diego, Inc.
22                                          Attorneys for Defendant
                                            james_chavez@fd.org
23
24
25
26
27
28