**ELLIS M. JOHNSTON III**
California State Bar No. 223664
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
ellis_johnston@fd.org

Attorneys for Defendant Vazquez-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE MARILYN L. HUFF)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1330-MLH |
| Plaintiff, | ) | |
| v. | ) | <u>JOINT MOTION TO CONTINUE</u> |
| VALENTIN ALBERTO VAZQUEZ-LOPEZ, | ) | |
| Defendant. | ) | |

     **IT IS HEREBY STIPULATED** between the parties that the hearing currently scheduled for August 11, 2008, be continued until October 14, 2008 at 9:00 a.m.  Both parties agree that time is excluded until acceptance of plea.  The defendant, Mr. Vazquez-Lopez is currently in custody.

     **IT IS SO STIPULATED.**

DATED: August 7, 2008

                        s/ *James Chavez*
                        **JAMES CHAVEZ**
                        Federal Defenders of San Diego, Inc.
                        Attorneys for Defendant Mr. Vazquez-Lopez
                        james_chavez@fd.org

DATED:  August 7, 2008

                        s/ *Sabrina Feve*
                        **SABRINA FEVE**
                        Assistant United States Attorney