UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-1330-H |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| v. | ) | |
| | ) | |
| VALENTIN ALBERTO VELASQUEZ-LOPEZ, | ) | |
| | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, the Court grants the joint motion of the parties and vacates the currently scheduled sentencing hearing date of August 11, 2008. The Court resets the sentencing hearing date for **October 14, 2008, at 9:00 a.m.** The Court finds excludable time under the Speedy Trial Act. The defendant is currently in custody.

SO ORDERED.

Dated: August 7, 2008

_____
Honorable Marilyn L. Huff
United States District Judge